**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| RONALD D. OFFUTT, JR., | ) | |
| | ) | **Civil No. 3:13-cv-54** |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | |
| | ) | |
| TWIN CITY FIRE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

The parties hereto, by their respective attorneys, hereby stipulate and agree that the above-entitled action may be dismissed with prejudice and on the merits and without costs or disbursements or attorney's fees to any party; and it is stipulated that any party, without notice to any other party, may apply to the Court for an Order for Judgment and Judgment of dismissal to the same effect.

Dated:  7/18/16

/s/ Mark R. Hanson
Mark R. Hanson  (ND ID # 04697)
NILLES LAW FIRM
201 North 5th Street
P. O. Box 2626
Fargo, ND 58108-2626
(701) 237-5544
mhanson@nilleslaw.com
ATTORNEY FOR PLAINTIFF

Dated: 7/18/16

/s/ Edward B. Parks, II
Joel Fremstad – ND ID #05541
Fremstad Law
3003 32nd Ave. S, Ste. 240
PO Box 3143
Fargo, ND 58108
(701) 478-7620
joel@fremstadlaw.com

1

Edward B. Parks, II (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW – Suite 600
Washington, DC  20006
(202) 469-7750
eparks@goodwin.com
ATTORNEYS FOR DEFENDANT